No. 81–2272. HAPPY DAY, INC., ET AL. v. KENTUCKY. Cir. Ct. Ky., Campbell County. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and vacate the convictions.

No. 81–2299. HARRY'S HARDWARE, INC. v. PARSONS, SUPERINTENDENT OF POLICE, ET AL. Sup. Ct. La. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 81–2322. FISHER v. CITY OF TUCSON. C. A. 9th Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 81–2366. FIGUEREDO ET AL. v. SOUTH FLORIDA BEVERAGE CORP. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 81–2306. LOCAL 66, BOSTON TEACHERS UNION, AFT, AFL–CIO v. BOSTON SCHOOL COMMITTEE ET AL. C. A. 1st Cir. Motions of American Federation of Teachers, AFL–CIO, A. Philip Randolph Institute, and University Centers for Rational Alternatives, Inc., for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 81–2316. BOARD OF EDUCATION OF THE NORTH LITTLE ROCK, ARKANSAS, SCHOOL DISTRICT, ET AL. v. DAVIS ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE REHNQUIST would grant certiorari for the reasons set forth in his dissent from denial of certiorari in *Board of Education of North Little Rock v. Davis*, 454 U. S. 904 (1981). JUSTICE MARSHALL took no part in the consideration or decision of this petition.